Lindy F. Bradley, Esq., State Bar No. 207533
　lbradley@bglawyers.com
BRADLEY & GMELICH LLP
700 North Brand Boulevard, 10th Floor
Glendale, California 91203-1202
Telephone:　(818) 243-5200
Facsimile:　 (818) 243-5266

Attorneys for Defendant, SF MARKETS, LLC
(Erroneously sued and served as SPROUTS FARMERS MARKET, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GINA MCSHANE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SPROUTS FARMERS MARKET, INC; DOES 1 TO 20,<br><br>　　　　Defendants. | Case No.: 5:20-cv-01135-NC<br><br>**ORDER GRANTING JOINT STIPULATION**<br><br>Assigned to: Magistrate Judge Nathanael Cousins |

# ORDER

Having read and considered the Stipulation of the Parties Regarding Plaintiff, GINA McSHANE's Damages Amounting to Less Than $75,000, it is hereby Ordered that the action shall be remanded from United States District Court, Northern District, Case No.:5:20-cv-01135-NC and remanded to Santa Clara County Superior Court (San Jose), Case No.: 20CV361187.

**IT IS SO ORDERED:**


Date:　April 20, 2020

_____
**HON. MAGISTRATE JUDGE
NATHANAEL COUSINS**

[Stamp: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]

1
ORDER　　　　　　　　　　　　　　　　Case No. 5:20-cv-01135-NC